# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Jose Alonso Hernandez | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:24-mj-00292 | July 19, 2024 | 11:08-11:11 a.m. | Grand Rapids | Donna Bos |

**APPEARANCES:**

| Government:<br>Daniel Mekaru | Defendant:<br>Parker Douglas | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | SRV/Probation Petition | Read __<br>Reading Waived __ |

### TYPE OF HEARING

__ First Appearance
__ Arraignment:
　　__ mute 　　__ nolo contendre
　　__ not guilty 　　__ guilty
__ Initial Pretrial Conference
__ Detention　(waived __)
✓ Preliminary　(waived ✓)
✓ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS

__ Defendant's Rights
✓ Waiver of Rule 32.1 Hearings
__ Consent to Mag. Judge for _____
__ Other:
_____
_____

Court to Issue:
__ Report & Recommendation
__ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
✓ Other:
Commitment to Another District

### CHANGE OF PLEA

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

Presentence Report:
　__ Ordered 　　__ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION

__ Case appears appropriate for
　expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
|  | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted: 　__ Yes 　__ No<br>Defendant informed of right to appeal: 　__ Yes 　__ No<br>Counsel informed of obligation to file appeal: __ Yes 　__ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** B. Glass |